Marzel Everette RHODES, Appellant,

v.

UNITED STATES of America, Appellee.

No. 15694.

United States Court of Appeals Ninth Circuit.

Feb. 4, 1958.

Marzel R. Rhodes, in pro. per.

Charles P. Moriarty, U. S. Atty., Joseph C. McKinnon, Asst. U. S. Atty., Seattle, Wash., for appellee.

Before HEALY, FEE and BARNES, Circuit Judges.

PER CURIAM.

The order below denying motion to set aside sentence pursuant to 28 U.S.C. § 2255 is affirmed.

Elizabeth G. WILLIAMS, Executrix, Estate of Preston L. Lykins, Deceased, Appellant,

v.

UNITED STATES of America, Appellee.

No. 15586.

United States Court of Appeals Ninth Circuit.

Jan. 24, 1958.

Heller, Ehrman, White & McAuliffe, Robert C. Harris, Julian N. Stern, Charles A. Wood, Jr., San Francisco, Cal., for appellant.

Charles K. Rice, Asst. Atty. Gen., Louise Foster, Lee A. Jackson, Melva M. Graney, Helen A. Buckley, Attys., Dept. of Justice, Washington, D. C., Lloyd H. Burke, U. S. Atty., Lynn J. Gillard, Asst. U. S. Atty., San Francisco, Cal., for appellee.

Before HEALY, POPE and LEMMON, Circuit Judges.

PER CURIAM.

This case is affirmed on the grounds and for the reasons given by the district court in its opinion reported in 158 F. Supp. 227.